IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRISTA EGGERS and NMM,<br><br>    Plaintiffs,<br><br>vs.<br><br>ROBERT EVNEN, Nebraska Secretary of State,<br><br>    Defendant. | CASE NO. ____<br><br>**MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION AND EXPEDITED HEARING** |

COMES NOW Plaintiffs Christa Eggers and NMM, and pursuant to Federal Rule of Civil Procedure 65 moves the Court for an order enjoining Defendant Robert Evnen in his official capacity (including successors to his office), and Defendant's agents, servants, deputies, designees, and representatives, and other persons under Defendant's (and his official successors') direction and control including Secretary of State employees and contractors, and any person in active concert or participation with the Defendant (and his official successors), from enforcing the multi-county signature distribution requirement as alleged in Plaintiffs' Complaint.

In support of this motion, Plaintiffs rely on the briefing and evidence submitted contemporaneously herewith.

WHEREFORE, Plaintiffs Eggers and NMM respectfully request their motion be granted.

DATED this 16th day of May, 2022.

          BY: */s/ Mindy Rush Chipman*
             Mindy Rush Chipman, #24499
             Jane Seu, #27452
             ACLU of Nebraska
             134 S. 13st St. #1010
             Lincoln, NE 68508
             (402) 476-8091
             mrushchipman@aclunebraska.org
             jseu@aclunebraska.org

             and

             */s/ Daniel J. Gutman*
             Daniel J. Gutman, #26039
             Regina E. Schneider #22009
             Law Office of Daniel Gutman
             300 South 19th Street, Suite 312
             Omaha, Nebraska 68102
             (402) 319-8897
             daniel@gutmanllc.com
             ATTORNEYS FOR PLAINTIFFS