IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CHRISTA EGGERS and NMM,**<br><br>    Plaintiffs,<br><br>v.<br><br>**ROBERT EVNEN, Nebraska Secretary of State,**<br><br>    Defendant. | Case No. 4:22-cv-3089<br><br>**DEFENDANT'S MOTION TO CERTIFY QUESTION TO NEBRASKA SUPREME COURT** |

Defendant Robert Evnen, Nebraska Secretary of State, pursuant to Local Civil Rule 7.4, moves the Court to certify this question to the Nebraska Supreme Court:

If the multicounty signature requirement in Article III, Section 2 of the Nebraska Constitution violates the First or Fourteenth Amendment of the United States Constitution, is that requirement severable from the remainder of Article III, Section 2?

Submitted May 31, 2022.

DEFENDANT ROBERT EVNEN

By:   DOUGLAS J. PETERSON
        *Attorney General of Nebraska*

        *s/ Jennifer A. Huxoll*
        Jennifer A. Huxoll (NE # 20406)
        Justin J. Hall (NE # 26161)
          *Assistant Attorneys General*
        James A. Campbell (NE # 26934)
          *Solicitor General*
        OFFICE OF THE ATTORNEY GENERAL
        2115 State Capitol
        Lincoln, Nebraska 68509
        (402) 471-2682
        jennifer.huxoll@nebraska.gov
        justin.hall@nebraska.gov
        jim.campbell@nebraska.gov
        Attorneys for Defendant

## CERTIFICATE OF SERVICE

     I certify that on May 31, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, causing notice of such filing to be served upon Plaintiffs' counsel of record.

                                       *s/ Jennifer A. Huxoll*
                                       Jennifer A. Huxoll