IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CHRISTA EGGERS and NMM,** | |
| Plaintiffs, | Case No. 4:22-cv-3089 |
| v. | **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| **ROBERT EVNEN, Nebraska Secretary of State,** | |
| Defendant. | |

Defendant Robert Evnen, Nebraska Secretary of State, moves this Court for an extension of time to file his responsive pleading to Plaintiffs Christa Eggers and NMM's Complaint (Filing No. 1). Defendant requests that his responsive pleading deadline be set for 14 days after the Court issues its ruling on Plaintiffs' pending Motion for Preliminary Injunction (Filing No. 2). Defendant is requesting this extension because the parties are currently focusing their efforts on the Motion for Preliminary Injunction. Delaying the responsive pleading deadline until after the Court rules on that motion will further the efficient administration of justice and preserve the parties' resources. Plaintiffs' counsel Daniel J. Gutman has indicated that Plaintiffs do not oppose this motion.

For these reasons, Defendant requests an order extending the deadline for his responsive pleading until 14 days after the Court issues its ruling on Plaintiffs' Motion for Preliminary Injunction.

Submitted June 1, 2022.

**DEFENDANT ROBERT EVNEN**

By: DOUGLAS J. PETERSON
*Attorney General of Nebraska*

*s/ James A. Campbell*
James A. Campbell (NE # 26934)
  *Solicitor General*
Jennifer A. Huxoll (NE # 20406)
Justin J. Hall (NE # 26161)
  *Assistant Attorneys General*
OFFICE OF THE ATTORNEY GENERAL
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
jim.campbell@nebraska.gov
jennifer.huxoll@nebraska.gov
justin.hall@nebraska.gov
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify that on June 1, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, causing notice of such filing to be served upon Plaintiffs' counsel of record.

*s/ James A. Campbell*
James A. Campbell