IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRISTA EGGERS and NMM, ) | CASE NO. 4:22-cv-3089 |
| ) | |
| Plaintiffs, ) | **UNOPPOSED MOTION** |
| ) | **TO EXCEED LIMITS** |
| vs. ) | |
| ) | |
| ROBERT EVNEN, Nebraska Secretary of ) | |
| State ) | |
| Defendants. ) | |
| ) | |
| ) | |

COMES NOW the Plaintiffs, by and through their counsel, and hereby move the Court for leave to exceed word limits in their Reply Brief in support for preliminary injunction. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs filed a reply brief in support for preliminary injunction on June 3, 2022. (Filing No. 16).

2. Pursuant to Nebraska Civil Rule 7.1(d)(1)(B), a moving party's reply brief may not exceed 6,500 words.

3. Plaintiffs realized after filing their reply brief that their brief exceeds this limit by 227 words.

4. Plaintiffs therefore respectfully request leave of court to submit their brief, which exceeds the word limit by 227 words, as filed on June 3, 2022.

5. Good cause exists to grant this motion because of the complexity of the issues presented in this litigation.

6. Plaintiffs have conferred with Defendant's counsel, who have no objection to the request in this motion.

WHEREFORE, Plaintiffs respectfully request leave of court to exceed word limits by 227 words in their reply brief in support for preliminary injunction.

DATED this 3rd day of June, 2022.

                              Crista Eggers and NMM
                              PLAINTIFFS

Submitted By:      */s/ Jane Seu*
                              Jane Seu
                              ACLU of Nebraska
                              134 S. 13th Street, #1010
                              Lincoln, NE 68508
                              402-476-8091
                              jseu@aclunebraska.org
                              ATTORNEY FOR PLAINTIFFS

4:22-cv-03089-JMG-MDN Doc # 18 Filed: 06/03/22 Page 2 of 2 - Page ID # 267