# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CHRISTA EGGERS and NMM,** <br><br> Plaintiffs, <br><br> v. <br><br> **ROBERT EVNEN, Nebraska Secretary of State,** <br><br> Defendant. | Case No. 4:22-cv-3089 <br><br><br> NOTICE OF APPEAL |

Defendant Robert Evnen, Nebraska Secretary of State, hereby appeals to the United States Court of Appeals for the Eighth Circuit from this Court's June 13, 2022 Order (Filing No. 23).

Submitted June 14, 2022.

                                                     **DEFENDANT ROBERT EVNEN**

                                                     By:    DOUGLAS J. PETERSON
                                                                *Attorney General of Nebraska*

                                                                *s/ James A. Campbell*
                                                                James A. Campbell (NE # 26934)
                                                                 *Solicitor General*
                                                                Jennifer A. Huxoll (NE # 20406)
                                                                Justin J. Hall (NE # 26161)
                                                                *Assistant Attorneys General*
                                                                OFFICE OF THE ATTORNEY GENERAL
                                                                2115 State Capitol
                                                                Lincoln, Nebraska 68509
                                                                (402) 471-2682
                                                                jim.campbell@nebraska.gov
                                                                jennifer.huxoll@nebraska.gov
                                                                justin.hall@nebraska.gov
                                                                Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on June 14, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, causing notice of such filing to be served upon Plaintiffs' counsel of record.

*s/ James A. Campbell*
James A. Campbell
