# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTA EGGERS and NMM, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT EVNEN, Nebraska Secretary of State, <br><br> Defendant. | Case No. 4:22-cv-3089 <br><br> **DEFENDANT'S MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL** |

Defendant Robert Evnen, Nebraska Secretary of State, moves the Court to stay its June 13, 2022 preliminary injunction (Filing No. 23) pending appeal to the United States Court of Appeals for the Eighth Circuit. The basis for this motion is set forth in the accompanying brief.

Submitted June 14, 2022.

**DEFENDANT ROBERT EVNEN**

By: DOUGLAS J. PETERSON
*Attorney General of Nebraska*

*s/ James A. Campbell*
James A. Campbell (NE # 26934)
  *Solicitor General*
Jennifer A. Huxoll (NE # 20406)
Justin J. Hall (NE # 26161)
  *Assistant Attorneys General*
OFFICE OF THE ATTORNEY GENERAL
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
jim.campbell@nebraska.gov
jennifer.huxoll@nebraska.gov
justin.hall@nebraska.gov
Attorneys for Defendant

1

## CERTIFICATE OF SERVICE

      I certify that on June 14, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, causing notice of such filing to be served upon Plaintiffs' counsel of record.

                                                          *s/ James A. Campbell*
                                                          James A. Campbell