# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

June 14, 2022

Mr. James A. Campbell
ATTORNEY GENERAL'S OFFICE
2115 State Capitol
P.O. Box 98920
Lincoln, NE  68509-0000

     RE:  22-2268  Crista Eggers, et al v. Robert Evnen

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CJO

Enclosure(s)

cc:   Mr. Daniel J. Gutman
      Mr. Justin James Hall
      Ms. Jennifer A. Huxoll
      Ms. Denise M. Lucks
      Ms. Mindy Rush Chipman
      Ms. Regina E. Schneider
      Ms. Jane Seu

      District Court/Agency Case Number(s):   4:22-cv-03089-JMG

**Caption For Case Number:   22-2268**

Crista Eggers; NMM

        Plaintiffs - Appellees

v.

Robert B. Evnen

        Defendant - Appellant

**Addresses For Case Participants:   22-2268**

Mr. James A. Campbell
ATTORNEY GENERAL'S OFFICE
2115 State Capitol
P.O. Box 98920
Lincoln, NE  68509-0000

Mr. Daniel J. Gutman
GUTMAN LAW OFFICE
4338 Shirley Street
Omaha, NE  68105

Mr. Justin James Hall
ATTORNEY GENERAL'S OFFICE
2115 State Capitol
P.O. Box 98920
Lincoln, NE  68509-0000

Ms. Jennifer A. Huxoll
ATTORNEY GENERAL'S OFFICE
2115 State Capitol
P.O. Box 98920
Lincoln, NE  68509-0000

Ms. Denise M. Lucks
U.S. DISTRICT COURT
District of Nebraska
Room 593
100 Centennial Mall North
Lincoln, NE  68508-3803

Ms. Mindy Rush Chipman
AMERICAN CIVIL LIBERTIES UNION
Suite 1010
134 S. 13th Street
Lincoln, NE  68508-0000

Ms. Regina E. Schneider
GUTMAN LAW OFFICE
4338 Shirley Street
Omaha, NE  68105

Ms. Jane Seu
AMERICAN CIVIL LIBERTIES UNION
Suite 1010
134 S. 13th Street
Lincoln, NE  68508-0000