IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CRISTA EGGERS and NMM,** <br><br> Plaintiffs, <br><br> v. <br><br> **ROBERT EVNEN, Nebraska Secretary of State,** <br><br> Defendant. | Case No. 4:22-cv-3089 <br><br> **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Defendant Robert Evnen, Nebraska Secretary of State, respectfully moves this Court for an extension of time until July 14, 2022, to file his responsive pleading to Plaintiff Crista Eggers and NMM's Complaint (Filing No. 1). Currently, Defendant's responsive pleading is due June 27, 2022. Filing No. 23 at 46. Defendant is requesting this extension to accommodate his counsel's other litigation deadlines and travel obligations. Plaintiffs' counsel, Daniel Gutman, has indicated that Plaintiffs do not oppose this motion.

For these reasons, Defendant requests an order extending until July 14, 2022, the deadline for him to file his responsive pleading to Plaintiffs' Complaint.

Submitted June 22, 2022.

**DEFENDANT ROBERT EVNEN**

By: DOUGLAS J. PETERSON
*Attorney General of Nebraska*

*s/ James A. Campbell*
James A. Campbell (NE # 26934)
*Solicitor General*
Jennifer A. Huxoll (NE # 20406)
Justin J. Hall (NE # 26161)
*Assistant Attorneys General*
OFFICE OF THE ATTORNEY GENERAL
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
jim.campbell@nebraska.gov
jennifer.huxoll@nebraska.gov
justin.hall@nebraska.gov
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on June 22, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, causing notice of such filing to be served upon Plaintiffs' counsel of record.

*s/ James A. Campbell*
James A. Campbell