# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2268

Crista Eggers and Nebraskans for Medical Marijuana, NMM

Appellees

v.

Robert B. Evnen

Appellant

---

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:22-cv-03089-JMG)

---

**ORDER**

Before GRUENDER, KELLY, and STRAS, Circuit Judges.

    Appellant's emergency motion for stay of the preliminary injunction pending appeal is granted. Judge Kelly would have denied the motion.

July 06, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans