## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CRISTA EGGERS and NMM,**<br><br>    **Plaintiffs,**<br><br>**v.**<br><br>**ROBERT EVNEN, Nebraska Secretary of State,**<br><br>    **Defendant.** | **Case No. 4:22-cv-3089**<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND STAY OF DISCOVERY** |

Defendant Robert Evnen, Nebraska Secretary of State, respectfully moves this Court for an extension of time to file his responsive pleading to Plaintiff Crista Eggers and NMM's Complaint (Filing No. 1). Currently, Defendant's responsive pleading is due July 14, 2022. Filing No. 33. Defendant requests that deadline be extended until 14 days after the Eighth Circuit Court of Appeals' decision resolving Defendant's pending appeal of this Court's preliminary injunction order. Defendant is requesting this extension because the parties have agreed to expedite—and focus their resources on litigating—the pending appeal.

Defendant also seeks an order precluding all discovery in this case until after he files his responsive pleading. Defendant requests this relief for the same reason: the parties have agreed to focus their resources on litigating the pending appeal under an expedited timeline.

Plaintiffs' counsel, Jane Seu, has indicated that Plaintiffs do not oppose the relief sought in this motion.

1

For these reasons, Defendant requests an order extending the deadline for his responsive pleading until 14 days after the Eighth Circuit's decision resolving the pending appeal of this Court's preliminary injunction order. Defendant also requests an order barring discovery in this case until he files his responsive pleading.

Submitted July 11, 2022.

**DEFENDANT ROBERT EVNEN**

By:   DOUGLAS J. PETERSON
      *Attorney General of Nebraska*

      *s/ James A. Campbell*
      James A. Campbell (NE # 26934)
        *Solicitor General*
      Jennifer A. Huxoll (NE # 20406)
      Justin J. Hall (NE # 26161)
        *Assistant Attorneys General*
      OFFICE OF THE ATTORNEY GENERAL
      2115 State Capitol
      Lincoln, Nebraska 68509
      (402) 471-2682
      jim.campbell@nebraska.gov
      jennifer.huxoll@nebraska.gov
      justin.hall@nebraska.gov
      Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify that on July 11, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, causing notice of such filing to be served upon Plaintiffs' counsel of record.

      *s/ James A. Campbell*
      James A. Campbell

2