# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2268

Crista Eggers and Nebraskans for Medical Marijuana, NMM

Appellees

v.

Robert B. Evnen

Appellant

------------------------------

State of Arkansas, et al.

Amici on Behalf of Appellant(s)

Raise the Wage Nebraska

Amicus on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:22-cv-03089-JMG)
_____

**ORDER**

Appellant's motion for extension of time to file the reply brief is granted. The reply brief of Robert B. Evnen is due August 5, 2022.

August 01, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans