# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-2268
_____

Crista Eggers; Nebraskans for Medical Marijuana, NMM

Plaintiffs - Appellees

v.

Robert B. Evnen

Defendant - Appellant

------------------------------

State of Arkansas; State of Alabama; State of Alaska; State of Florida; State of Idaho; State of Indiana; State of Louisiana; State of Missouri; State of Montana; State of North Dakota; State of Ohio; State of Oklahoma; State of South Carolina; State of Utah; State of West Virginia; Nebraska Agricultural Legal Foundation; Nebraska Cattlemen; Nebraska Corn Growers Association; Nebraska Farm Bureau Federation; Nebraska Pork Producers Association; Nebraska Soybean Association; Nebraska State Dairy Association; Nebraska Wheat Growers Association; We Support Agriculture

Amici on Behalf of Appellant(s)

Raise the Wage Nebraska; Anthony B. Schutz; Steven R. Dunbar; Nebraska Civic Engagement Table; Common Cause Nebraska

Amici on Behalf of Appellee(s)
_____

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:22-cv-03089-JMG)
_____

## JUDGMENT

Before GRUENDER, KELLY, and STRAS, Circuit Judges.

   This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

August 31, 2022

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans