UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 22-2268

Crista Eggers and Nebraskans for Medical Marijuana, NMM

Appellees

v.

Robert B. Evnen

Appellant

------------------------------

State of Arkansas, et al.

Amici on Behalf of Appellant(s)

Raise the Wage Nebraska, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:22-cv-03089-JMG)

---

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

Judge Grasz did not participate in the consideration or decision of this matter.

October 05, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Michael E. Gans