# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2268

Crista Eggers and Nebraskans for Medical Marijuana, NMM

Appellees

v.

Robert B. Evnen

Appellant

------------------------------

State of Arkansas, et al.

Amici on Behalf of Appellant(s)

Raise the Wage Nebraska, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:22-cv-03089-JMG)

---

## MANDATE

In accordance with the opinion and judgment of August 31, 2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 12, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit

_____
        /s/ Michael E. Gans