IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRISTA EGGERS, TERRELL MCKINNEY, and NMM,<br><br>                Plaintiffs,<br><br>vs.<br><br>ROBERT EVNEN, Nebraska Secretary of State,<br><br>                Defendant. | CASE NO. 4:22-CV-3089<br><br>NOTICE OF VOLUNTARY DISMISSAL |

COMES NOW Plaintiffs Crista Eggers, Terrell McKinney, and NMM, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby voluntarily dismisses their Complaint in its entirety against Defendant Robert Evnen.

DATED this 13th day of October, 2022.


BY:    */s/ Mindy Rush Chipman*
        Mindy Rush Chipman, #24499
        Jane Seu, #27452
        ACLU of Nebraska
        134 S. 13th St. #1010
        Lincoln, NE 68508
        (402) 476-8091
        mrushchipman@aclunebraska.org
        jseu@aclunebraska.org

and

*/s/ Daniel J. Gutman*
Daniel J. Gutman, #26039
Regina E. Schneider #22009
Law Office of Daniel Gutman
300 South 19th Street, Suite 312
Omaha, Nebraska 68102
(402) 319-8897
daniel@gutmanllc.com
ATTORNEYS FOR PLAINTIFFS