IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRISTA EGGERS, et al., | |
| Plaintiffs, | 4:22-CV-3089 |
| vs. | |
| ROBERT EVNEN, Nebraska Secretary of State, | JUDGMENT |
| Defendant. | |

On the plaintiff's notice of dismissal (filing 51), this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated this 13th day of October, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge